# CIRCUIT COURT OF THE CITY OF ALEXANDRIA

Wessendorf

v.

Wessendorf

September 4, 1987

By JUDGE ALFRED D. SWERSKY

This matter is before the Court on Mr. Thompson's request to be paid a witness fee for his appearance in Court pursuant to a subpoena issued by Mr. Wessendorf. Since Mr. Thompson was not summoned to testify as an expert, his witness fees are limited by Code of Virginia, Section 14.1-190, to his actual mileage and fees paid by him in connection with his appearance. Therefore, I cannot order Mr. Wessendorf to pay the $250.00 fee requested for time spent in Court.